UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-157M |
| v. ) | |
| ) | |
| DONG IN SEOK, a/k/a KENNY SUK, ) | DETENTION ORDER |
| a/k/a "LEO," ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses Charged:

　　Count 1:  Conspiracy to Smuggle and Transport Aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(*l*) and 1324(a)(1)(B)(i).

　　Count 2:  Attempt to Transport Aliens for Private Financial Gain in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

Date of Detention Hearing: April 10, 2006.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　(1)　A detainer has been placed on defendant by Immigration and Customs Enforcement.

(2)  Defendant has stipulated to detention, due to the immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

(3)  There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings or the safety of the community.

IT IS THEREFORE ORDERED:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of April 10, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge